AO 93 (Rev. 11/13) Search and Seizure Warrant (page 2)

**Return**

| Case No.: 4:25 MJ 6006 PLC | Date and time warrant executed: 1/23/25 @ 2:45pm | Copy of warrant and inventory left with: SLCPD Property Control |
|---|---|---|

Inventory made in the presence of: Det. Michael McDonald #4583 (SLCPD)

Inventory of the property taken and name of any person(s) seized:

Forensic analysis of Motorola Cell Phone

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/23/2025

Det. Amy Ervin 3444
*Executing officer's signature*

Det Amy Ervin 3444
*Printed name and title*